IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAMONTE WOODS                                                                                    PLAINTIFF

V.                                         NO. 3:11-cv-00152-JTR

MICHAEL J. ASTRUE,                                                                            DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

DATED THIS 28th DAY OF JUNE, 2012.

_____
UNITED STATES MAGISTRATE JUDGE