# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LAMONTE WOODS                                                                            PLAINTIFF

V.                                    NO. 3:11CV00152 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA").[1] (Docket entry #17).

Plaintiff's attorney, Mr. Anthony Bartels, requests a total payment of $1,877.72 consisting of: (1) 8.6 hours of attorney work in 2011 at the adjusted hourly rate of $181.00 [$1,556.60]; (2) 4.05 hours of paralegal work at the rate of $75.00 [$303.75]; and (3) $17.37 in expenses for serving Plaintiff's Complaint via certified mail. The Commissioner does not object to the requested amount of fees and expenses.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA, and that the amount requested

---

[1] On June 28, 2012, the Court entered a Memorandum Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. (Docket entries #15 and #16).

is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (docket entry #17) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $1,877.72 in attorney's fees and expenses under the EAJA.

DATED this 12th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE